UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22966-CIV-UNGARO

AMERICAN FEDERATION OF LABOR-
CONGRESS OF INDUSTRIAL
ORGANIZATIONS, *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE came before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. In support of their respective positions on Defendants' Motion for Summary Judgment, the parties have electronically filed numerous depositions, declarations, and other exhibits. It is hereby

ORDERED AND ADJUDGED that the parties SHALL deliver a courtesy copy of all documents relied upon in their briefs regarding Defendants' Motion for Summary Judgment (including depositions, declarations, etc.) with the Court on or before May 5, 2009. Where a deposition is voluminous, the parties shall only file relevant excerpts. Any documents not so delivered may not be considered by the Court.

DONE AND ORDERED in Chambers, in Miami, Florida, this 27th day of April, 2009.

                                                        _____
                                                        URSULA UNGARO
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
counsel of record